# ALABAMA COURT OF CRIMINAL APPEALS



July 11, 2025

**CR-2024-0693**
Brandon James Kornosky v. State of Alabama (Appeal from Montgomery Circuit
Court: CC-22-1181)

## <u>NOTICE</u>

You are hereby notified that on July 11, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk